No. 238. MARTIN *v.* CITY OF STRUTHERS. October 12, 1942. *Per Curiam:* The appeal is dismissed on the ground that the record does not show that the federal question presented was properly preserved on appeal to the Court of Appeals

of Ohio. *Hiawassee River Power Co.* v. *Carolina-Tennessee Co.*, 252 U. S. 341, 343–44. *Messrs. Hayden C. Covington* and *Victor F. Schmidt* for appellant.